# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| TRINA LORRRAINE BOLYAR, | : |
|         DEBTOR(S) | : BANKRUPTCY NO. 08-10378 SR |
| | |
| TRINA LORRAINE BOLYAR, | : |
|         PLAINTIFF, | : |
| vs. | : |
| DARIN BROWNLEE AND JAMES BENSON, | : ADV. NO. 08-00210 |
|         DEFENDANTS. | : |
| | : |

# ORDER

**AND NOW,** upon consideration of the Motion to Dismiss Counterclaims of Defendant Darin Brownlee (the "Motion") and the Answer of Defendant to Plaintiff's Motion to Dismiss Counterclaims, and after a hearing with notice, it is hereby **ORDERED** that:

1. The Motion is granted without prejudice.

2. Defendant's counterclaims are dismissed without prejudice to his filing an answer amending his counterclaims to assert his claims consistent with 11 U.S.C. §523(a)(3). The answer amending Defendant's counterclaims shall be filed within twenty (20) days of the date of this Order. The failure of the Debtor to file an answer amending his counterclaims within the aforementioned time period, or to obtain an extension of time for cause shown, may result in the counterclaims being dismissed with prejudice.

        By the Court:

        *Stephen Raslavich*

        Stephen Raslavich
        Chief U.S. Bankruptcy Judge

Dated: <u>March 12, 2009</u>

Counsel for the Plaintiff/Debtor
David A. Scholl, Esquire
Regional Bankruptcy Center of SE PA
Law Office of David A. Scholl
6 St Albans Avenue
Newtown Square, PA 19073

Counsel for Defendant
Harriet L. Hornick, Esquire
Two Penn Center
1500 JFK Blvd.
Suite 1020
Philadelphia, PA 19102

Chapter 13 Trustee
Frederick J. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave
P.O. Box 4010
Reading PA 19606

U.S. Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich